

| | |
|---|---|
| 1 | KEVIN V. RYAN, SBN 118321 |
| | United States Attorney |
| 2 | JOANN M. SWANSON, SBN 88143 |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| | SARA WINSLOW, DCBN 457643 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055 |
| | San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7260 |
| | Facsimile:  (415) 436-7169 |
| 7 | |
| | Attorneys for Defendant |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| GRETCHEN SHANROCK-SOLBERG, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL NO.   05-05175 JW |
| | ) | |
| v. | ) | STIPULATION AND ORDER OF REMAND |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that this action be remanded to the defendant Commissioner pursuant to sentence four of 42 U.S.C. Section 405(g) for further administrative proceedings.

On remand the administrative law judge (ALJ) will be directed to further evaluate claimant's diagnosis of chronic fatigue syndrome (CFS).  See Social Security Ruling 99-2p.  The ALJ will also be directed to evaluate the evidence in the record regarding the claimant's sleep disorder, Hashimoto's thryoiditis, and borderline anemia.  The ALJ will further evaluate the claimant's mental disorder, including the opinions of the state agency reviewers, Dr. Hansell and Dr. Hillard, that the claimant had a severe mental disorder (Tr. 296-297).  The ALJ will be directed to further evaluate the opinion of Dr. Eisendorf, especially with regard to CFS.  The ALJ will be directed to further evaluate claimant's credibility, and the third-party statements of claimant's husband.  The ALJ will hold a new

hearing, obtain medical expert evidence to assist in assessing the severity of claimant's impairments, including CFS, and consult a vocational expert.

Dated: May 18, 2006

/s/
TERRY LAPORTE
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated: May 18, 2006        By:    /s/
SARA WINSLOW
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is reversed and remanded, pursuant to sentence four of 42 U.S.C. 405(g), to the Commissioner for further proceedings.

   The Clerk shall close the file.

Dated: June 19, 2006

JAMES WARE
United States District Judge

SHANROCK-SOLBERG, REMD, S4 (dmm)
C 05-05175 JW                          2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRETCHEN SHANROCK-SOLBERG, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JO ANNE B. BARNHART, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL NO. 05-05175 JW <br><br> [PROPOSED] <br> JUDGMENT |

  IT IS HEREBY ADJUDGED that the agency's final decision is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). The Commissioner of Social Security shall assume jurisdiction to conduct further administrative proceedings as set forth in the parties' Stipulation of Remand, filed herein. This constitutes a final judgment under Fed.R.Civ.Proc. 58.

  The Clerk shall close the file.

Dated: June 19, 2006

_____
JAMES WARE
United States District Judge