1 | KEVIN V. RYAN, SBN 118321
United States Attorney
2 | JOANN M. SWANSON, SBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
SARA WINSLOW, DCBN 457643
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7260
Facsimile: (415) 436-7169

7

Attorneys for Defendant

8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| GRETCHEN SHANROCK-SOLBERG, | )  |
|---|---|
| Plaintiff, | ) CIVIL NO. 05-05175 JW |
| v. | ) STIPULATION AND ORDER APPROVING COMPROMISE SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | ) |

The plaintiff's attorney having met the criteria of L.R. 54-6, by meeting and conferring with defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

1. Defendant shall pay TWO THOUSAND FIVE HUNDRED NINETY SIX DOLLARS AND TWENTY FIVE CENTS ($2,596.25), pursuant to the Equal Access to Justice Act (EAJA), for attorney fees incurred in this court action. The check is to be payable to plaintiff's counsel:

TERRY LAPORTE
125 SOUTH MARKET ST., SUITE 1075
SAN JOSE, CA 95113
(408) 293-8810; FAX (408) 292-7673
tlaporte@ix.netcom.com

2. This is a settlement of plaintiff's request for attorney fees pursuant to EAJA, and does not constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice

1 | Act.

2 |     3. Payment of the TWO THOUSAND FIVE HUNDRED NINETY SIX DOLLARS AND
3 | TWENTY FIVE CENTS ($2,596.25) EAJA fees incurred in this court action, will constitute a
4 | complete release from and bar to any and all claims, rights, causes of action, liens or subrogated
5 | interests relating to attorney fees pursuant to the EAJA, or costs as a result of this court action.

Dated: June 21, 2006

        /s/
TERRY LAPORTE
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated: June 23, 2006    By:    /s/
SARA WINSLOW
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: Dec. 5, 2006

JAMES WARE
United States District Judge

SHANROCK-SOLBERG, EAJA STIP (dmm)
C 05-05175 JW     2